JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 636 -- In re Commonwealth Edison Company Coal Contract Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/02/13 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS, CERTIFICATE OF SERVICE (A-1 - A-7) -- Commonwealth Edison Company -- SUGGESTED TRANSFEREE DISTRICT: NORTHERN DISTRICT OF ILLINOIS  (cds) |
| 85/02/21 |  | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 28, 1985 in Los Angeles, Calif.  (emh) |
| 85/02/22 |  | APPEARANCE:  DONALD S. YOUNG, ESQ. for Black Butte Coal Co., Big Horn Coal Co., and Decker Coal Co.  (cds) |
| 85/02/25 |  | APPEARANCE -- PAUL W. SCHROEDER, ESQ. for Commonwealth Edison Co.  (ds) |
| 85/03/01 | 2 | RESPONSE -- Defts. Decker Coal Co., Black Butte Co. and Big Horn Coal Co. w/cert. of svc.  (ds) |
| 85/03/07 | 3 | REPLY BRIEF -- Commonwealth Edison Co. w/cert. of svc.  (ds) |
| 85/03/25 | 4 | AFFIDAVIT OF PAUL W. SCHROEDER -- filed by Paul W. Schroeder, Esq., counsel for Commonwealth Edison Co. w/cert. of svc.  (ds) |
| 85/03/29 |  | HEARING APPEARANCES:  PAUL W. SCHROEDER, ESQ. for Commonwealth Edison Co.; DEREK I. MEIER or DONALD S. YOUNG, ESQ. for Black Butte Coal Co., Big Horn Coal Co. and Decker Coal Co. (rh) |
| 85/04/10 |  | ORDER DENYING LITIGATION -- pursuant to 28 U.S.C. §1407. Notified involved clerks, judges, counsel and misc. recipients.  (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. _636_ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Commonwealth Edison Company Coal Contract Litigation

## SUMMARY OF LITIGATION

| Hearing Dates 3/28/85 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 4/10/85 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: April 10, 1985

JPML FORM 1

## LISTING OF INVOLVED ACTIONS

DOCKET NO. __636__ -- In re Commonwealth Edison Company Coal Contract Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Commonwealth Edison Company v. Black Butte Coal Company | N.D.Ill. Marshall | 85 C 0974 | | | | |
| A-2 | Decker Coal Company v. Commonwealth Edison Company | D.Montana Battin | CV-84-279-BLG | | | | |
| A-3 | Black Butte Coal Company v. Commomwealth Edison Company | D.Wyoming Brimmer | C84-0462 | | | | *O lca C 10/21/85 A 34 4* |
| A-4 | Big Horn Coal Company v. Commonwealth Edison Company | D.Wyoming Brimmer | C84-0463 | | | | |
| A-5 | Decker Coal Company v. Commonwealth Edison Company | D.Montana Battin | CV-84-3-BLG | | | | |
| A-6 | Black Butte Coal Company v. Commonwealth Edison Company | D.Wyoming Brimmer | C84-0004 | | | | *Trial before 3/25/85* |
| A-7 | Big Horn Coal Company v. Commonwealth Edison Company | D.Wyoming Brimmer | C84-0005 | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  636 -- In re Commonwealth Edison Company Coal Contract Litigation

| | |
|---|---|
| COMMONWEALTH EDISON COMPANY (A-1)<br> (also a defendant in A-2 - A-7) | BLACK BUTTE COAL COMPANY<br>BIG HORN COAL COMPANY<br>DECKER COAL COMPANY |
| Paul W. Schroeder, Esq.<br>Isham, Lincoln & Beale<br>Three First National Plaza<br>Chicago, Illinois  60602 | Donald S. Young, Esq.<br>Dykema, Gossett, Spencer,<br> Goodnow & Trigg<br>35th Floor, 400 Renaissance Center<br>Detroit, Michigan  48243 |

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _636_ -- In re Commonwealth Edison Company Coal Contract Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| COMMONWEALTH EDISON CO. | A-2 thru A-7 |
| BLACK BUTTE COAL CO. | A-1 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |